AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Michael J. Lindell,

                *Plaintiff,*

v.                                 Case No. 0:22-cv-00028-ECT-TNL

Nancy Pelosi, et al.,

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Verizon Wireless Company
      Serve: CT CORP, R/A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Andrew D Parker
      123 North 3rd Street
      Suite 888
      Minneapolis, MN
      55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

By:  *M. Fogarty*

Kate M. Fogarty, Clerk of Court

Date of Issuance:  January 19, 2022

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:22-cv-00028-ECT-TNL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Verizon Wireless Company**
was received by me on *(date)* **January 23, 2022**

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Teresa Brown**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Verizon Wireless Company** on *(date)* **Feb 2 2022** ; @ **2:55 pm** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **February 2, 2022**

_____
Server's signature

**Denise Snider, PPS**
Printed name and title

**PO Box 172, Manassas, VA 20108**
Server's address

Additional information regarding attempted service, etc: