IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL, *Plaintiff*, v. NANCY PELOSI, *et al.*, *Defendants*. | No. 22-cv-28 (ECT/TNL) |

**SECOND CONSENT MOTION TO EXTEND TIME
FOR CONGRESSIONAL DEFENDANTS TO RESPOND**

Pursuant to Local Rule 7.1, Defendants the Honorable Nancy Pelosi; the Honorable Bennie G. Thompson; the Honorable Elizabeth L. Cheney; the Honorable Adam B. Schiff; the Honorable James B. Raskin; the Honorable Susan E. Lofgren; the Honorable Elaine G. Luria; the Honorable Peter R. Aguilar; the Honorable Stephanie Murphy; the Honorable Adam D. Kinzinger; and the Select Committee to Investigate the January 6th Attack on the Capitol of the United States ("Congressional Defendants"), respectfully move for a second extension of time to respond to Plaintiff's Complaint.

Plaintiff Michael J. Lindell filed his Complaint (ECF No. 1) on January 5, 2022, and Amended Complaint on January 13, 2022 (ECF No. 9). Pursuant to Federal Rule of Civil Procedure 12(a)(3), the response to Plaintiff's Complaint was originally due on May 23, 2022, 60 days after service of the summons and original complaint on the U.S. Attorney. *See* ECF No. 16; *see also* Fed. R. Civ. P. 12(a)(3). On May 18, 2022, Congressional Defendants sought a 45-day extension of the deadline to respond to the Complaint (ECF No. 19), which was granted by the Court. *See* Minute Order, May 20, 2022 (setting new date for responsive pleading of July 7,

2022). Congressional Defendants now seek an additional 30-day extension, until August 8, 2022.

The Congressional Defendants, all Members of Congress, continue to be actively engaged in studying the various alternatives in this and other related litigation. In addition, given the information obtained via the Select Committee's hearings and the parallel criminal proceedings, additional time is required to evaluate and consider Congressional Defendants' strategic approach. There are no existing deadlines that will be affected by the granting of this motion.

## LOCAL RULE 7.1(a)(1)(A) CERTIFICATION

Pursuant to Local Rule 7.1(a)(1)(A), undersigned counsel for the Congressional Defendants conferred with Plaintiff's counsel via email about the proposed extension of time, and Plaintiff consents to a 30-day extension (Verizon Wireless Co. took no position).

                Respectfully submitted,

                /s/ *Douglas N. Letter*
                Douglas N. Letter (D.C. Bar No. 253492)
                *General Counsel*
                Todd B. Tatelman (VA Bar No. 66008)
                Eric R. Columbus (D.C. Bar No. 487736)
                Stacie M. Fahsel (D.C. Bar. No. 1034314)
                Michelle S. Kallen (D.C. Bar No. 1030497)
                OFFICE OF GENERAL COUNSEL
                U.S. HOUSE OF REPRESENTATIVES
                5140 O'Neill House Office Building
                Washington, D.C. 20515
                (202) 225-9700
                Douglas.Letter@mail.house.gov

                *Counsel for Congressional Defendants*

June 27, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Minnesota, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter