IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL,<br><br>     *Plaintiff*,<br><br>v.<br><br>NANCY PELOSI, *et al.*,<br><br>     *Defendants*. | No. 22-cv-28 (ECT/TNL) |

**ORDER GRANTING CONGRESSIONAL DEFENDANTS' SECOND CONSENT MOTION TO EXTEND TIME TO RESPOND**

It is ORDERED that the second consent motion (ECF No. 23) of Congressional Defendants, the Honorable Nancy Pelosi; the Honorable Bennie G. Thompson; the Honorable Elizabeth L. Cheney; the Honorable Adam B. Schiff; the Honorable James B. Raskin; the Honorable Susan E. Lofgren; the Honorable Elaine G. Luria; the Honorable Peter R. Aguilar; the Honorable Stephanie Murphy; the Honorable Adam D. Kinzinger; and the Select Committee to Investigate the January 6th Attack on the Capitol of the United States, for a 30-day extension to respond to Plaintiff's Complaint is **GRANTED**.

Congressional Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is extended to August 8, 2022.

It is so ORDERED.

Dated: June 27, 2022           *s/Tony N. Leung*
                    Tony N. Leung
                    U.S. MAGISTRATE JUDGE