# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Michael J. Lindell,

                Plaintiff,

v.

Nancy Pelosi, et al.,

                Defendants.

Civil No. 22-cv-28 (ECT/DJF)

**ORDER**

      The Complaint in this matter was filed and Summons was issued as to Defendant Verizon Wireless Company on January 5, 2022 (ECF Nos. 1, 3).  On April 5, 2022, the Summons was returned executed with an answer due date of February 23, 2022 for Defendant Verizon Wireless (ECF No. 17).  More than twenty-one (21) days have elapsed since the deadline set for Defendant Verizon Wireless to answer or otherwise respond to the Complaint and Defendant has failed to respond or enter an appearance.

      Accordingly, IT IS HEREBY ORDERED THAT Plaintiff shall:

1. Notify Defendant immediately that it is required to answer or otherwise respond to the Complaint, or file a motion or stipulation for an extension of time to answer or otherwise respond, within ten (10) days of service of the notice;

2. File the above notice in CM/ECF; and

3. File an application for entry of default pursuant to Fed. R. Civ. P. 55(a) within twenty-one (21) days of the date of this Order if no answer or other response is filed by Defendant.  Once default is entered by the Clerk's Office, Plaintiff shall promptly seek a default judgment pursuant to Fed. R. Civ. P. 55(b); **or**

4. File a letter advising the undersigned of any good cause to the contrary.

2

Failure to comply with this Order may result in dismissal of Defendant Verizon Wireless for failure to prosecute.

Dated:  10/25/2022

s/ Dulce J. Foster
DULCE J. FOSTER
United States Magistrate Judge