IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

MICHAEL J. LINDELL,

    Plaintiff,

v.                          Case No. 22-CV-28 (ECT/DJF)

NANCY PELOSI, et al.,

    Defendants.

## CONSENT MOTION TO AMEND

Plaintiff moves this Court pursuant to Rule 15(c) to allow for a second amendment to correct a misnomer concerning Defendant Verizon Wireless Company. The sole purpose of the amendment is to rename Defendant "Verizon Wireless Company, a division of Verizon Communications Inc." to "Verizon Communications Inc." Plaintiff has not changed any of the allegations in the Second Amended Complaint except for the misnomer. Counsel for both Verizon Communications Inc. and the congressional defendants consent to this motion. Verizon Communications Inc. will respond to the Complaint by December 7, 2022.

DATED: November 3, 2022.         **PARKER DANIELS KIBORT LLC**

                                              By */s/ Andrew D. Parker*
                                                Andrew D. Parker (#195042)
                                                888 Colwell Building
                                                123 N. Third Street
                                                Minneapolis, MN 55401
                                                Telephone: (612) 355-4100
                                                Facsimile: (612) 355-4101
                                                parker@parkerdk.com

**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**
Patrick M. McSweeney*
Christopher I. Kachouroff*
3358 John Tree Hill Road
Powhatan, VA 23139
Telephone: (804) 937-0895
patrick@mck-lawyers.com
chris@mck-lawyers.com
*** *Admitted Pro Hac Vice***

**WILLIAM J. OLSON, P.C.**
William J. Olson*
370 Maple Avenue, W., Suite 4
Vienna, Virginia 22180-5615
Telephone: (703) 356-5070
wjo@mindspring.com
*** *Admitted Pro Hac Vice***

**ALAN DERSHOWITZ, ESQ.**
Alan Dershowitz (MA Bar No. 121200)*
1575 Massachusetts Avenue
Cambridge, MA 02138
*** *Admitted Pro Hac Vice***

*Of Counsel for Plaintiff Michael J. Lindell*


## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Minnesota, which I understand caused a copy to be served on all registered parties.


By */s/ Andrew D. Parker*
  Andrew Parker, Esq.