# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL, | ) |
| Plaintiff, | ) |
| v. | ) |
| NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives, et al. | ) Case No. 22-cv-28 (ECT/TNL) |
| Defendants. | ) |

## DECLARATION OF ANDREW D. PARKER

I, Andrew D. Parker, being first duly sworn, states as follows:

1. I am an attorney with the law firm of Parker Daniels Kibort LLC and represent the Plaintiff in the above-referenced case. As such have personal knowledge of the dates, events, and facts stated below.

2. Attached as **Exhibit A** is a true and correct copy of the Proposed Second Amend Complaint.

3. Attached as **Exhibit B** is a true and correct copy of the of the Proposed Second Amended Complaint showing the changes made to Plaintiff's Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 3, 2022, in Hennepin County, Minnesota.

*s/ Andrew D. Parker*
Andrew D. Parker

1