## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael J. Lindell, | Case No. 22-cv-28 (ECT/DJF) |
| Plaintiff, | |
| v. | **ORDER ON CONSENT MOTION TO AMEND** |
| Nancy Pelosi, et al., | |
| Defendants. | |

This matter is before the Court on the parties' Consent Motion to Amend ("Consent Motion") (ECF No. 43). Plaintiff amended his Complaint as a matter of course on January 13, 2022 (ECF No. 9). Plaintiff seeks to amend his Complaint again solely to change Defendant Verizon Wireless Company's ("Verizon") name to "Verizon Communications Inc." (*See* ECF Nos. 45–46.) Additionally, in response to this Court's October 25 Order (*see* ECF No. 36), the Consent Motion seeks to extend Verizon's responsive pleading deadline from February 3, 2022 to December 7, 2022. Having reviewed the Consent Motion, the Court grants Plaintiff's request to amend the Complaint under Federal Rule of Civil Procedure 15(a)(2) and finds good cause under Rule 6(b)(1) to extend Verizon's responsive pleading deadline.

In addition, the Court addresses two housekeeping matters prompted by the Consent Motion. First, because Plaintiff's second amended Complaint renames "Verizon Wireless Company" as "Verizon Communications Inc.", future pleadings in this matter shall identify this defendant as corrected. Second, Plaintiff's Second Amended Complaint is currently attached as an exhibit to the Consent Motion. (ECF No. [45].) Since the Court hereby grants the Consent

1

Motion, Plaintiff shall file his Second Amended Complaint separately as an amended complaint on ECF within **seven days** of this Order.

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. The parties' Consent Motion to Amend (ECF No. [43]) is **GRANTED**;

2. Plaintiff shall file his Second Amended Complaint (ECF No. [45] at 2-22) on ECF as an amended complaint within **seven days** of the date of this Order. Upon filing, Plaintiff's Second Amended Complaint will become the operative complaint in this action;

3. The Clerk of the Court is directed to correct the name of Defendant Verizon Wireless Company as listed on the docket to "Verizon Communications Inc."; and

4. Defendant Verizon Communications Inc. shall file its responsive pleading on or before **December 7, 2022**.

Dated: November 8, 2022            *s/ Dulce J. Foster*
                                   Dulce J. Foster
                                   United States Magistrate Judge