# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 22-cv-28 (ECT/TNL) |
| NANCY PELOSI, *et al.*, in her official capacity as Speaker of the House of Representatives, *et al.*, | ) **JOINT STIPULATION OF VOLUNTARY DISMISSAL** |
| Defendants. | ) |

Plaintiff and Defendants hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: December 16, 2022

By /s/ Andrew D. Parker
Andrew D. Parker (#195042)
888 Colwell Building
123 N. Third Street Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com

*Counsel for Plaintiff*

Dated: December 16, 2022

By **/s/** Douglas N. Letter
Douglas N. Letter
General Counsel
Office of General Counsel
U.S. House of Representatives
5140 O'Neil House Office Building
Washington, DC  20515
(202) 225-9700
Douglas.Letter@mail.house.gov

*Counsel for Defendants*

1

Dated: December 16, 2022By /s/ Andrew Carlson
Andrew M. Carlson (#0284828)
Schaan P. Barth (#0397898)
2200 IDS Center 80 South 8th Street
Minneapolis, MN 55402-2157
Telephone: (612) 977-8400
acarlson@taftlaw.com
sbarth@taftlaw.com

*Counsel for Defendant Verizon Communications, Inc.*