UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael J. Lindell,<br><br>        Plaintiff,<br><br>v.<br><br>Nancy Pelosi, *in her official capacity as Speaker of the United States House of Representatives*; Bennie G. Thompson, *in his official capacity as Chair of the Select Committee to Investigate the January 6th Attack on the United States*; Elizabeth L. Cheney, Adam B. Schiff, James B. Raskin, Susan E. Lofgren, Peter R. Aguilar, Stephanie Murphy, Adam D. Kinzinger, and Elaine G. Luria, *each in their official capacity as a member of the United States House of Representatives*; Verizon Communications Inc.; and Select Committee to Investigate the January 6th Attack on the Capitol of the United States, *a body established by the United States House of Representatives*,<br><br>        Defendants. | File No. 22-cv-28 (ECT/DJF)<br><br>**ORDER OF DISMISSAL** |

Based on the parties' Joint Stipulation of Voluntary Dismissal, ECF No. 59, **IT IS ORDERED** that the action is **DISMISSED** with prejudice and with each party bearing its own attorneys' fees and costs.

Dated:  December 19, 2022              s/ Eric C. Tostrud
                                       Eric C. Tostrud
                                       United States District Court